IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| V. | ) ) | CIVIL ACTION NO. SA-20-CA-598-FB |
| PAUL R. MONTGOMERY, JR.; MICHAEL D. FISHER; and JAMES H. WILLINGHAM, JR., | ) ) ) ) ) | |
| Defendants. | ) | |

### ORDER OF DISMISSAL AND FINAL JUDGMENT AS TO ALL DEFENDANTS

Before the Court is the status of the above-styled and numbered cause. A Final Judgment by Default has been entered against Defendants Montgomery and Fisher (Dkt. No. 17), and a Final Judgment against Defendant Willingham (Dkt. No. 21) has been entered, incorporating the previously agreed-upon and entered injunctive relief and other relief in the Judgment entered against Defendant Willingham (Dkt. No. 5) on May 21, 2021. As it appears there are no remaining issues to be resolved, the Court is of the opinion that this case can be dismissed pursuant to a final judgment as to all defendants.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the above styled and numbered cause is DISMISSED. Motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 31st day of March, 2021.

FRED BIERY
UNITED STATES DISTRICT JUDGE